IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

CYNTHIA T. WILKERSON,

    Plaintiff,

v.

RUSSELL MARK RASMUSSON,
RICKY SHAY MARTINSON and/or
RICKY SHAY MARINSON, and
VALLEY EXPRESS, INC.

    Defendants.

Case No. 1:24-cv-7
JURY DEMANDED

## NOTICE OF REMOVAL

COME NOW Defendants Russell Mark Rasmusson, Ricky Shay Martinson and/or Ricky Shay Marinson, and Valley Express, Inc. (collectively, the "Defendants"), by and through their undersigned counsel, and file this Notice of Removal based upon the following:

1. On December 7, 2023, Plaintiff commenced a civil action in the Circuit Court for Marion County styled *Cynthia T. Wilkerson v. Russell Mark Rasmusson, Ricky Shay Martinson and/or Ricky Shay Marinson, and Valley Express, Inc.*, Marion County Circuit Court No. 23252. A copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

2. On or about December 14, 2023, Plaintiff effected service of process on Defendant Valley Express, Inc. by mailing the Summons and Complaint to it through the Tennessee Secretary of State.

3. On or about December 14, 2023, Plaintiff effected service of process on Defendant Ricky Shay Martinson and/or Ricky Shay Marinson. by mailing the Summons and Complaint to him through the Tennessee Secretary of State.

4. On or about December 21, 2023, Plaintiff effected service of process on Defendant Russell Mark Rasmusson by mailing the Summons and Complaint to him through the Tennessee Secretary of State.

5. Therefore, it has been less than thirty (30) days since Defendants were served with the Summons and Complaint. *See Brierly v. Alusuisse Flexible Packaging, Inc.*, 184 F.3d 527, 533 (6th Cir. 1999) (construing 28 U.S.C. § 1446(b) to permit "a later-served defendant [] 30 days from the date of service to remove a case to federal district court.")

6. As alleged in the Complaint,[1] Plaintiff Cynthia T. Wilkerson is an adult resident citizens of the state of Georgia. Exh. A at ¶ 1.

7. As alleged in the Complaint, Defendant Russell Mark Rasmusson is an adult citizen of the state of North Dakota and, therefore, is a citizen of the state of North Dakota for purposes of diversity of citizenship jurisdiction. Exh. A at ¶ 2.

8. As alleged in the Complaint, Defendant Ricky Shay Martinson and/or Ricky Shay Marinson is an adult citizen of the state of Minnesota and, therefore, is a citizen of the state of Minnesota for purposes of diversity of citizenship jurisdiction. Exh. A at ¶ 3.

---

[1] Defendants restate the referenced allegations in the Complaint without prejudice to their rights to Answer or otherwise respond to the Complaint or any of the allegations or claims for relief set forth in the Complaint.

8. As alleged in the Complaint, Defendant Valley Express, Inc. is a foreign corporation formed under the laws of Minnesota with its principal place of business in North Dakota. Exh. A at ¶ 4. Accordingly, Defendant Valley Express, Inc. is a citizen of the state of Minnesota and North Dakota for purposes of diversity of citizenship jurisdiction. 28 U.S.C. § 1332(c)(1).

9. Accordingly, based on the foregoing, there is complete diversity of citizenship as between Plaintiff and all Defendants.

10. Based on the allegations contained in the Complaint, the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Specifically, Plaintiffs pray for an award of $250,000 for alleged damages. Exh. A at Prayer for Relief, ¶ C.

11. Based on all the foregoing, the Complaint is removable pursuant to 28 U.S.C. § 1441.

12. Venue is proper in this Court pursuant to 28 U.S.C. § 123(a)(3) because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff in the manner set forth in the Certificate of Service, and a copy is being filed with the Clerk of the Circuit Court for Marion County, Tennessee.

**WHEREFORE**, Defendants Russell Mark Rasmusson, Ricky Shay Martinson and/or Ricky Shay Marinson, and Valley Express, Inc. respectfully remove this action, now pending in the Circuit Court for Marion County, Tennessee to the United States District Court for the Eastern District of Tennessee at Chattanooga pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

/s/ Andrew Gardella
Lee L. Piovarcy, Esq. (TN Bar #8202)
Andrew Gardella, Esq. (TN Bar #027247)
MARTIN, TATE, MORROW & MARSTON, P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668
Facsimile: (615) 627-0669
lpiovarcy@martintate.com
agardella@martintate.com

*Attorneys for Defendants Russell Mark Rasmusson, Ricky Shay Martinson and/or Ricky Shay Marinson, and Valley Express, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the foregoing counsel on this the 11th day of January, 2024 via electronic mail and via First Class U.S. Mail, postage prepaid:

Richard A. Schulman, Esq.
Eric J. Oliver, Esq.
Robert W. Wheeler
537 Market Street
Suite 300
Chattanooga, Tennessee 37401-1240
rschulman@pbsjlaw.com
eoliver@pbsjlaw.com
rwheeler@pbsjlaw.com


/s/ Andrew Gardella